BERKSHIRE FINE SPINNING ASSOCIATES, INC.,
*v.* CITY OF NEW YORK ET AL.

No. 272.   Decided October 12, 1959.

*Truman Henson* for appellant.

*Stanley Buchsbaum* for appellees.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN and MR. JUSTICE WHITTAKER are of the opinion that probable jurisdiction should be noted.